No. 92–1990.  DOUGLAS v. MILLER, DIRECTOR, MICHIGAN DE-
PARTMENT OF SOCIAL SERVICES, ET AL.  C. A. 6th Cir.  Certio-
rari denied.

No. 92–1991.  DEAN, SHERIFF OF CITRUS COUNTY, FLORIDA,
ET AL. v. REDNER.  C. A. 11th Cir.  Certiorari denied.

No. 92–1992.  HAROLD WASHINGTON PARTY ET AL. v. DEMO-
CRATIC PARTY OF COOK COUNTY, ILLINOIS, ET AL.  C. A. 7th Cir.
Certiorari denied.

No. 92–1993.  BEALS v. CITY OF THATCHER, ARIZONA, ET AL.
C. A. 9th Cir.  Certiorari denied.

No. 92–1994.  DUNKIN ET AL. v. LOUISIANA-PACIFIC CORP.
ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 92–1997.  CARTER v. CERTIFIED GROCERS OF CALIFORNIA,
LTD.  C. A. 9th Cir.  Certiorari denied.

No. 92–1998.  BEYER ET AL. v. CANNON ET AL.  Ct. App.
Cal., 3d App. Dist.  Certiorari denied.

No. 92–1999.  HARLOW FAY, INC. v. FEDERAL LAND BANK OF
ST. LOUIS.  C. A. 8th Cir.  Certiorari denied.

No. 92–2000.  HOUCK v. STEPHENS ET AL.  C. A. 3d Cir.  Cer-
tiorari denied.

No. 92–2001.  SAFIR v. CSX CORP. ET AL.  C. A. 4th Cir.  Cer-
tiorari denied.

No. 92–2005.  GLEASON v. OHIO.  Ct. App. Ohio, Summit
County.  Certiorari denied.

No. 92–2006.  UKIAH ADVENTIST HOSPITAL ET AL. v. FEDERAL
TRADE COMMISSION.  C. A. D. C. Cir.  Certiorari denied.

No. 92–2007.  ROEHL v. UNITED STATES.  C. A. 7th Cir.  Cer-
tiorari denied.

No. 92–2008.  HEXAMER v. JOHNSON CONTROLS, INC.  C. A.
5th Cir.  Certiorari denied.